Neal G. Hamilton
HAMILTON DEFENSE
515 S 700 E Suite 2G
Salt Lake City, UT 84102
(801) 203-0441
neal@hamiltondefense.com
*Limited appearance*

Tara Thompson*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
tara@loevy.com
*Limited appearance*
**admitted pro hac vice*

Elizabeth Wang*
Jordan Poole*
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com
poole@loevy.com
*Limited appearance*

| United States District Court<br>District of Utah | |
|---|---|
| Michael Jayne,<br><br>Plaintiff<br><br>v.<br><br>Utah County,<br><br>Defendant. | **JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Case No. 2:26-cv-000109-JNP-CMR<br><br>Chief Judge Jill N. Parrish<br><br>Magistrate Judge Pead (settlement only) |

Now comes Plaintiff Michael Jayne and Defendant Utah County, through their respective counsel, and further report on the status of settlement discussions as follows:

The parties have reached an agreement on the terms of an amended defense contract between Plaintiff's capital counsel (Rudy Bautista and Jonathan Nish) and Defendant Utah County. Plaintiff's capital counsel have executed the contract, and the parties are waiting for signatures from Utah County.

In addition, the parties have drafted a settlement agreement and release, and they are working on obtaining signatures for that document.

The parties request that the Court set another 10-day deadline of September 28, 2026 to file another status report alerting the Court to the status of the execution of the amended defense contract and the release and settlement agreement.

Respectfully submitted,

s/ Elizabeth Wang
Limited Appearance Attorney for Plaintiff

Neal G. Hamilton
HAMILTON DEFENSE
515 S 700 E Suite 2G
Salt Lake City, UT 84102
(801) 203-0441
neal@hamiltondefense.com
*Limited appearance for Plaintiff*

Tara Thompson*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
tara@loevy.com
*Limited appearance for Plaintiff*
**admitted pro hac vice*

Elizabeth Wang*
Jordan Poole*
LOEVY & LOEVY
2060 Broadway, Ste. 280
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com
poole@loevy.com
*Limited appearance for Plaintiff*

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ *Kendra M. Brown*
MATTHEW D. CHURCH
KENDRA M. BROWN
TAYLOR P. KORDSIEMON
*Counsel for Defendant Utah County*

## Certificate of Service

I, Elizabeth Wang, hereby certify that on September 16, 2026, the foregoing document was filed electronically through the District of Utah CM/ECF system, and was electronically delivered to the counsel who are registered participants, and a copy was sent to the following by regular U.S. mail:

Michael Jayne
ID # 442947
Utah County Jail
3075 N. Main
Spanish Fork, UT 84660

s/ Elizabeth Wang
Elizabeth Wang